JOHN W. HUBER, United States Attorney (No. 7226)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9777)
ISAAC WORKMAN, Assistant United States Attorney (No. 14031)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2019 JAN 16  P 3: 40

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. NATHAN OLAF HANSEN, Defendant. | **INDICTMENT** <br><br> VIOS. <br> 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition [Count I]; <br><br> 21 U.S.C. § 844(a) - Possession of a Controlled Substance [Count II]. <br><br> Case: 1:19-cr-00008 <br> Assigned To : Parrish, Jill N. <br> Assign. Date : 1/16/2019 <br> Description: USA V. |
|---|---|

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about July 21, 2018 in the Northern Division of the District of Utah,

**NATHAN OLAF HANSEN,**

the defendant herein, having been convicted of a crime punishable by imprisonment for

more than one (1) year, did knowingly possess and receive in and affecting interstate

commerce a firearm, to wit: a Clerke Technicorp .32 caliber firearm and ammunition in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

21 U.S.C. § 844(a)
[Possession of Controlled Substance]

On or about July 21, 2018, in the Northern Division of the District of Utah,

**NATHAN OLAF HANSEN,**

the defendant herein, did knowingly and intentionally possess Cocaine, a schedule I controlled substance within in the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 844(a), and punishable pursuant to 21 U.S.C. § 844(a).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

As a result of the offense in Count I, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), any firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 and § 924, including but not limited to the following:

- Clerke Technicorp .32 caliber revolver (SN: 791304)

A TRUE BILL:

/S/
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
BRANDEN B. MILES
Special Assistant United States Attorney